UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Eduardo Osorio Reina
v.
Pharmacia & Upjohn Caribe, Inc.

CASE NUMBER: 98-1454 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.26.99  **Docket #** 20<br>[x] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Stipulation for voluntary dismissal with prejudice | Granted and approved. Judgment shall be entered dismissing this case with prejudice. |

Date 10/29/99

HECTOR M. LAFFITTE
Chief U.S. District Judge