UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Eduardo Osorio Reina
v.
Pharmacia & Upjohn Caribe, Inc.

CASE NUMBER: 98-1454 (HL)

## JUDGMENT

The Court having approved the parties' joint stipulation for dismissal, judgment is hereby entered dismissing this claim with prejudice and without costs or attorney's fees.

DATE 10/27/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

